ACCEPTED
03-14-00453-CV
5889413
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 5:02:22 PM
JEFFREY D. KYLE
CLERK

# DOLEZAL & ASSOCIATES

301 CONGRESS AVENUE, SUITE 300
AUSTIN, TEXAS 78701
(512) 472-6811
FAX: (512) 472-6823

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/30/2015 5:02:22 PM
JEFFREY D. KYLE
CLERK

June 26, 2015

**COURTS:**
U.S. District Court, Western District – Austin Division – *Efile*
Travis County District Clerk – *Efile*
The Third Court of Appeals - *Efile*
Harris County District Clerk – *Efile*
Williamson County Clerk – *Efile*
U.S. District Court, Central District of California – Western Division - *Efile*
Shelby County District Clerk – *Efile*
Travis County Clerk – *Efile*
Bexar County District Clerk - *Efile*
Williamson County District Clerk – *Efile*
Denton County District Clerk – *Efile*

**ATTORNEYS:**
Troy Voelker, *Email troy@mcneryvoelker.com*
Robert Vela, *Email Robert@jptexaslaw.com*
Glenn Brown, *Email glenn@hopkinswilliamson.com*
Peter Ferraro, *Email ferrarolaw@mac.com*
Bradley James, *Email bjames@oneclickcleaners.com*
Angela Thompson, *Email a_thompsonbws@yahoo.com*
Greg Kondoff, *Email vp@grandtexan.com*
Michael Burnett, *Email mburnett@pbtbm.com*
Bryan E. Eggleston, *Email bryan@lonestarlawfirm.com*
Jerry Frank Jones, *Email jerry@jerryfrankjones.com*
Carolyn Hopper Young, *Email txfamlaw@sbcglobal.net*
Scott Herlihy, *Email sbhlaw@me.com*
John Courtade, *Email johncourtade@johncourtade.com*
John P. Henry, *Email jhenry@jhenrylaw.com*
Robert A. Cantore, *Email rac@gslaw.org*
Aya Jo Deam, *Email aya@cochranlaw1.com*
Aml Marie Mortimer, *Email amortimer@hunton.com*
Richard Greenblum, *Email richard@richardgreenblum.com*
Madeline Collison, *Email macollison@sweeneybechtold.com*
Anthony Capobianco, *Email acapobianco@capobiancolaw.com*
Courtney Floyd, *Email Courtney.floyd@nortonrosefulbright.com*
D. Brandon Epperson, *Email bepperson@philipsandepperson.com*
Alan Braun and Kathleen Miele, *Email alanb@jeffdavislawfirm.com and kathleenm@jeffdavislawfirm.com*
Ryan G. Devine, *Certified Mail RRR*
David A. Wright, *Email dwright@dwlaw.com*
Timothy Woods, *Email twoods@higerallen.com*
John D. Guerrini, *Email Guerrini@guerrinilaw.com*
Ed Walsh, *Email ed@edwalshlaw.com*
Greg Sapire, *Email greg.sapire@klgates.com*
Lena Pavlova, *Email lena.pavlova@enersafe.com*
Jeff Adams, *Email jeff@jeffadamslaw.com*
Joe Michels, Jr., *Email joe@michelsfirm.com*
Charles Hodges, *Email Charlie@charliehodgeslaw.com*
Bonnie Kirkland, *Email bkirkland@coxsmith.com*
Robert Wood, *Email rccwood@aol.com*
Matt Catalano, *Email mcatalano@cbtd.com*
Ryan G. Devine, *Certified Mail, RRR*
Jodi Lazar, *Email jodi@lazarlaw.com*
Joan E. Cochran, *Email joan@cochranlaw1.com*
Charles A. Gall, *Email cgall@hunton.com*
Paul Moura, *Email pmoura@hunton.com*
Daniel D. Tostrud, *Email dtostrud@cobbmartinez.com*
M. Spencer Beck, *Certified Mail, RRR*

RE: **VACATION LETTER**

Dear All:

I will be on vacation the following dates from July 20, 2015 through July 24, 2015. Please do not set anything during this time.

Thank you for your assistance in this matter and please call if you have any questions.

Sincerely,

Trey Dolezal

TLD/mac